# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

132882

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN VANDE LUYSTER, as
Personal Representative of the
Estate of Angelyn Vande Luyster,
Deceased,
      Plaintiff-Appellant,

v

BARTHOLOMEW D. SAK, M.D.,
and DONALD M. FIX, M.D.,
Jointly and Severally,
      Defendants-Appellees,

and

HOLLAND COMMUNITY
HOSPITAL,
      Defendant.

SC: 132882
COA: 257046
Ottawa CC: 02-042262-NH

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Braverman v Garden City Hosp* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk